UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

AMICA CEASER                                                                                    PLAINTIFF

v.                                                                         CIVIL ACTION NO. 3:12-cv-687-CWR-FKB

CITY OF JACKSON, et al.                                                                      DEFENDANTS

## ORDER

This cause is before the Court on two motions to quash filed by counsel for the University of Mississippi Medical Center ("UMC") [Docket Nos. 41, 43]. The motions concern subpoenas issued on behalf of Plaintiff to two medical professionals employed by UMC. The subpoenas seek production of the medical records of a defendant in this matter, Justin Harper. Having considered the motions, and having received no response from Plaintiff, the Court grants the motions. The records sought, to the extent any exist, are clearly privileged medical records. Defendant Harper has not put his own medical condition at issue in this suit and Plaintiff has provided no waiver or argument regarding any basis for allowing the production.

SO ORDERED, this the 12th day of June, 2013.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE